timony of Ebba A. Dederer was not made competent evidence in the case. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur.

The PEOPLE, etc., Respt., v. Ernesto LE-PORINO, Applt. (Supreme Court, Appellate Division, First Department. February 4, 1916.) Judgment and order affirmed. No opinion. Order filed.

The PEOPLE, etc., Respt., v. James E. LIDDY, indicted as James E. Martin, Applt. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Judgment and order affirmed. No opinion. Order filed.

The PEOPLE of the State of New York, respondents, v. Jacob LUBAN, appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1916.) Judgment of conviction of the County Court of Kings County affirmed. No opinion. Jenks, P. J., and Thomas, Carr, Stapleton, and Putnam, JJ., concur.

The PEOPLE of the State of New York, respondents, v. John MAHONEY, appellant. (Supreme Court, Appellate Division, Second Department. February 4, 1916.) Order of the County Court of Westchester County, affirming a judgment of the City Judge of Yonkers, convicting the defendant as a disorderly person, reversed, and defendant discharged. There is no evidence to warrant the judgment of conviction. See People v. De Wolf, 133 App. Div. 879, 118 N. Y. Supp. 75. Jenks, P. J., and Thomas, Stapleton, Mills, and Putnam, JJ., concur.

The PEOPLE of the State of New York, respondents, v. Frank P. MARTIN, appellant. (Supreme Court, Appellate Division, Second Department. January 21, 1916.) Judgment of conviction of the County Court of Kings County (91 Misc. Rep. 107, 154 N. Y. Supp. 324) affirmed. No opinion. Jenks, P. J., and Thomas, Carr, Stapleton, and Putnam, JJ., concur.

The PEOPLE, etc., Respt., v. Terence REILLY, impld., Applt. (Supreme Court, Appellate Division, First Department. March 3, 1916.) Judgment and order affirmed. No opinion. Order filed.

The PEOPLE, etc., Respt., v. Joseph SICO, Applt. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Judgment affirmed. No opinion. Order filed.

The PEOPLE of the State of New York, respondents, v. Gertrude STARK, appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1916.) Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., and Thomas, Stapleton, Rich, and Putnam, JJ., concur.

The PEOPLE of the State of New York, respondents, v. SUFFOLK CONTRACTING COMPANY et al., appellants. (Supreme Court, Appellate Division, Second Department. March 3, 1916.) Motion denied.

The PEOPLE, etc., Respt., v. Louis UNTERMAN, Applt. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Judgment affirmed. No opinion. Order filed.

The PEOPLE of the State of New York, respondents, v. Louis H. WERNER, appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1916.) Order of filiation reversed, and new trial ordered in the Court of Special Sessions, upon the ground that the decision holding the defendant to be the father of the child in question is against the greater weight of the evidence. Jenks, P. J., and Thomas, Stapleton, Mills, and Putnam, JJ., concur.

The PEOPLE, etc., ex rel. Francis BAPTISTE, relator, v. Arthur WOODS, as Police Commissioner of the City of New York, respondent. (Supreme Court, Appellate Division, Second Department. February 11, 1916.) The relator was charged with some misbehavior in reporting that Patrolman Monaghan was fit for duty and that he found no evidence of intoxication. Later Monaghan was tried upon a charge of such intoxication and found not guilty. Then the present relator was tried for such false report and found guilty, although the determination as to Monaghan was received in evidence. The decision is such as to require no comment. Determination annulled and writ sustained, with $50 costs and disbursements. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur.

PEOPLE ex rel. David BERNSTEIN v. Edward B. LA FETRA, a justice, etc. (Supreme Court, Appellate Division, First Department. February 18, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed. See, also, 157 N. Y. Supp. 386.

PEOPLE ex rel. Hyman COHEN, Applt., v. Charles F. RATTIGAN, as Warden, etc., Respt. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Order (157 N. Y. Supp. 1003) affirmed. No opinion. Order filed.

PEOPLE ex rel. Henry J. COLEMAN, Respt., v. Thomas LANG, impld., Applt. SAME v. Fred ROSS.. (Supreme Court, Appellate Division, First Department. March 3, 1916.) Judgments affirmed. No opinion. Orders filed.

The PEOPLE, etc., ex rel. James C. CROPSEY, as District Attorney of Kings County, appellant, v. William TOWNSEND et al., individually and as the Board of Parole for State Prisons, respondents. (Supreme Court, Appellate Division, Second Department. January 28, 1916.) Order affirmed. No opinion. Jenks, P. J., and Thomas, Stapleton, and Putnam JJ., concur.

The PEOPLE, etc., ex rel. Howard GOLDSMITH, relator, v. Charles HAGENDORF et al., constituting the Board of